**Stuart B. Wolfe (SBN 156471)**
*sbwolfe@wolfewyman.com*
**Jonathan C. Cahill (SBN 287260)**
*jccahill@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 9th Street, Suite 1750**
**Sacramento, California 95814**
**Telephone: (916) 912-4700**
**Facsimile: (916) 329-8905**

**Attorneys for Defendant**
**DITECH FINANCIAL LLC**

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| OKHARINA HOLMES and SONIA T. KELLMAN,<br><br>        Plaintiffs,<br><br>  v.<br><br>DITECH FINANCIAL LLC and DOES 1-100, Inclusive,<br><br>        Defendants. | Case No.: 2:19-cv-00250-JAM-CKD<br>Sacramento Superior Court Case No: 34-2019-00247924<br><br><br>**STIPULATION FOR DISMISSAL OF DITECH FINANCIAL LLC, WITH PREJUDICE AND ORDER**<br><br><br>Action Filed:      January 08, 2019 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**WHEREAS**, Plaintiffs OKHARINA HOLMES and SONIA T. KELLMAN ("Plaintiffs"), on the one hand and Defendant DITECH FINANCIAL LLC ("Ditech" or "Defendant") on the other hand, having discussed the impact of Ditech's Bankruptcy Case and confirmation of the Plan (as discussed below) upon the causes of action asserted in the Complaint ("Action"), and agreeing that the same necessitates the dismissal of this Action, with prejudice; and

**WHEREAS,** on February 11, 2019, (the "Commencement Date"), Ditech Holding Corporation (f/k/a Walter Investment Management Corp.) and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), each commenced a voluntary case (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the

3506638.1

"Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Chapter 11 Cases are being jointly administered under Case No. 19-10412 (JLG).

**WHEREAS**, on September 26, 2019, the Bankruptcy Court entered the *Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1404) approving the terms of the *Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1326) (the "Plan"). The Plan incorporates the sale of Ditech Financial LLC's ("Ditech") reverse and forward businesses to separate buyers (the "Buyers").

**WHEREAS**, the Plan contains a permanent injunction (the "Injunction") that specifically prohibits parties from prosecuting against Ditech any claim for monetary recovery (including attorney's fees) on account of any claim arising prior to September 30, 2019 (the Plan Effective Date and closing date for the transactions under the Plan).

///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION FOR DISMISSAL OF DITECH FINANCIAL LLC, WITH PREJUDICE
AND [PROPOSED] ORDER

3506638.1

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiffs and Ditech that:

1.      The Action (Complaint) shall forthwith be dismissed with prejudice as to Ditech; and

2.      Each Party shall bear their own attorney's fees and costs.


DATED:  12/10/2019                    WOLFE & WYMAN LLP


                                      By: /s/_____
                                          STUART B. WOLFE
                                          JONATHAN C. CAHILL
                                      Attorneys for Defendant
                                      **DITECH FINANCIAL LLC**

DATED:  11/29/2019                    LAW OFFICES OF DENNIS RASMUSSEN


                                      By: /s/_____
                                          DENNIS RASMUSSEN
                                      Attorney for Plaintiffs
                                      **OKHARINA HOLMES and SONIA KELLMAN**

///
///
///
///
///
///
///
///
///
///
///

STIPULATION FOR DISMISSAL OF DITECH FINANCIAL LLC, WITH PREJUDICE
AND [PROPOSED] ORDER

3506638.1

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

W&W

1      **GOOD CAUSE APPEARING, IT IS ORDERED** that this Action is hereby dismissed with

2 prejudice as against Defendant DITECH FINANCIAL LLC.

3      **IT IS SO ORDERED**

4

5 DATED: 12/10/2019

6                             /s/ John A. Mendez
                            United States District Court Judge

STIPULATION FOR DISMISSAL OF DITECH FINANCIAL LLC, WITH PREJUDICE
AND [PROPOSED] ORDER

3506638.1